Max Hermann KEILBAR, Appellant, v. UNITED STATES of America, Appellee.

No. 11140.

Circuit Court of Appeals, Fifth Circuit.

Oct. 2, 1944.

E. M. Grimes, of Taylor, Tex., for appellant.

W. R. Smith, Jr., U. S. Atty., and J. M. Burnett, Asst. U. S. Atty., both of San Antonio, Tex., for appellee.

Before SIBLEY, HUTCHESON, and McCORD, Circuit Judges.

PER CURIAM.

In the above entitled and numbered cause comes the appellant, by his counsel, E. M. Grimes, Esq., and the appellee by its counsel, W. R. Smith, Jr., Esq., United States Attorney, and J. M. Burnett, Esq., Assistant United States Attorney for the Western District of Texas, and files a joint stipulation that judgment of this Court be entered reversing the judgment of the United States District Court for the Western District of Texas in the above entitled and numbered cause, and remanding said cause to the said District Court with instructions to dismiss the complaint on its merits;

Pursuant to said stipulation, it is ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and it is hereby, reversed, and that said cause be, and it is hereby, remanded to the said District Court with instructions to dismiss the complaint on its merits.

It is further ordered that the mandate of this Court shall issue forthwith.

Peter KNYPSTRA, Appellant, v. UNITED STATES of America, Appellee.

No. 10793.

Circuit Court of Appeals, Ninth Circuit.

Sept. 20, 1944.

Peter Knypstra, in pro per., for appellant.

Charles H. Carr, U. S. Atty., and James M. Carter and Betty Marshall Graydon, Asst. U. S. Attys., all of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and STEPHENS, Circuit Judges.

PER CURIAM.

Upon consideration of the stipulation of appellant, in propria persona, and of counsel for the appellee, and good cause therefor appearing, it is ordered that the appeal in this cause be dismissed, that a judgment be filed and entered accordingly, and that the mandate of this court in this cause issue forthwith.